No. M–38. WOODSON v. CALIFORNIA ATTORNEY GENERAL;

No. M–39. CURTIS v. VAUGHN, SUPERINTENDENT, MASSACHU-SETTS CORRECTIONAL INSTITUTION, ET AL.;

No. M–40. TOWNSON & ALEXANDER, INC. v. PARK;

No. M–41. RISK MANAGERS INTERNATIONAL, INC., ET AL. v. WILLIAMS ET AL.; and

No. M–43. BROWN v. UNITED STATES. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. M–42. MITCHELL v. CITY OF DETROIT ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. M–44. BRADFORD v. CALIFORNIA. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied.

No. 96–8422. BRYAN v. UNITED STATES. C. A. 2d Cir. [Certiorari granted, *ante*, p. 1024.] Motion for appointment of counsel granted, and it is ordered that Roger B. Adler, Esq., of New York, N. Y., be appointed to serve as counsel for petitioner in this case.

No. 97–42. EASTERN ENTERPRISES v. APFEL, COMMISSIONER OF SOCIAL SECURITY, ET AL. C. A. 1st Cir. [Certiorari granted, *ante*, p. 931.] Motion of the Solicitor General for divided argument granted.

No. 97–282. FARAGHER v. CITY OF BOCA RATON. C. A. 11th Cir. [Certiorari granted, *ante*, p. 978.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 97–581. PENNSYLVANIA BOARD OF PROBATION AND PAROLE v. SCOTT. Sup. Ct. Pa. [Certiorari granted, *ante*, p. 992.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 97–371. NATIONAL ENDOWMENT FOR THE ARTS ET AL. v. FINLEY ET AL. C. A. 9th Cir. [Certiorari granted, *ante*, p. 991.] Motion of Family Research Institute of Wisconsin for leave to file a brief as *amicus curiae* granted.